CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



## Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FASCIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

June 30, 2015

Charles Anthony Williams
TDCJ No. 1987727
Middleton Unit
13055 FM 3522
Abilene, Tx. 79601

RE: Court of Appeals Number: 05-15-00-336/337-CR
    Trial Court Case Number: F11-49252/49253-V

Style: Williams, Charles Anthony
       v.
       The State of Texas

_____ 1. The case has been submitted and is pending consideration.

_____ 2. The Court of Criminal Appeals has jurisdiction over post-conviction writs and habeas corpus. Please contact the Court of Criminal Appeals for any forms or information.

_____ 3. The Court has no record of an appeal on file in the above referenced name or trial court number.

_____ 4. Enclosed is a copy of the opinion in your appeal.

_____ 5. This Court does not appoint counsel

_____ 6. Neither the judges nor the staff of this Court can give legal advice. Therefore, you may wish to contact your attorney; the trial court; or the State Counsel for Offenders, Texas Department of Criminal Justice, P.O. Box 4005, Huntsville, TX, 77342 for further information or assistance.

_____ 7. The Court does not have jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This Court does not provide free copies of any documents without prepayment of costs. Our charge is $.10 per page payable in advance by cashier's check or money order.

_____ 8. Your case has been set for submission on

_____ 9. Our records reflect that the

__x__ 10. Enclosed please find the copies you requested. (copie of court's docket sheet enclosed as requested. ) + case is pending.

_____ 11. The cost for the copies you requested is

Respectfully,

/s/ Lisa Matz, Clerk of the Court